BEFORE THE SECOND DIVISION, MAY 6, 1958

No. 61887.—Ellis K. Orlowitz Co. v. United States, protest 297984–K (C) (Philadelphia).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of castings of iron, which have been advanced in condition by operations subsequent to the casting process but not made up into articles, or parts thereof, or finished machine parts, the claim of the plaintiff was sustained.

No. 61888.—Reliance International Mfg., Ltd., et al. v. United States, protests 284967–K (C) (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of parakeet playpens, composed in chief value of steel, the same in all material respects as those the subject of *Reliance International Mfg., Ltd.* v. *United States* (37 Cust. Ct. 182, C. D. 1820), the claim of the plaintiffs was sustained.

No. 61889.—Morris Friedman v. United States, protests 291205–K, etc. (Philadelphia).

Opinion by LAWRENCE, J.  In accordance with oral stipulation of counsel that the merchandise consists of essential and integral parts of machines chiefly used in the household for making noodles or pastry; that said machines are mechanical contrivances which utilize, modify, or apply energy or force and transmit motion, not containing electrical elements as essential parts thereof; and that the specified parts are in chief value of metal, the items entered for consumption prior to June 30, 1956, were held dutiable at 13¾ percent under paragraph 372, as modified, *supra*, and the items entered subsequent to said date at 13 percent under said paragraph, as modified, *supra*.